Mathis, Annette P651137 A+2
Name and Prisoner/Booking Number

**Estrella Jail**
Place of Confinement

**2939 W. Durango**
Mailing Address

**Phoenix, AZ  85009**
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
       FILED ____ LODGED
____ RECEIVED ____ COPY

       JUL 2 0 2010

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Annette Mathis #P651137,
(Full Name of Plaintiff)               Plaintiff,

vs.

(1) City of Phoenix Police Dept,
(Full Name of Defendant)
(2) Officer Pathe Diop #8952,

(3) _____,

(4) _____,
                       Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-10-1529-PHX-JAT-DKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: City of Phoenix Police Custody.

Revised 3/9/07                                                           1                                                           550/555

PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.

## B. DEFENDANTS

1. Name of first Defendant: **City of Phoenix Police Dept**. The first Defendant is employed as: **(Public Safety)** (Position and Title) at **Squaw Peak Precinct** (Institution).

2. Name of second Defendant: **Officer Pathe Diop**. The second Defendant is employed as: **City of Phoenix** (Position and Title) at **Police Officer, Badge #8952** (Institution).

3. Name of third Defendant: **N/A**. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: **N/A**. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Excessive Police Force**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 4/17/2010, Plaintiff, Annette Mathis, was chased by Officer Dipp, and subsequently struck two (2) times in the head — to where (Plaintiff, Annette Mathis) suffered concussion, and other head injuries — along with a sprained ankle to which she is currently receiving physical therapy. Annette Mathis also suffered from chipped knee "contusions" — and, as a result — suffered permanent scarring, and overall-physical leg disfigurement. The abrasions to the head have also left permanent scarring.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff suffered permanent knee, leg & head scarring, and disfigurement — and also suffers from permanent migraine headaches from concussion.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This occurred while in Police Custody.

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: ___N/A___

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  N/A

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: ___N/A___.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Count III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___N/A___.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.


## E. REQUEST FOR RELIEF

State the relief you are seeking: At this time, Plaintiff Annette Mathis is respectfully requesting a fair hearing with regard to future court settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-14-2010
DATE

_Annette Mathis_
SIGNATURE OF PLAINTIFF

_Denise Madrid_
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## CERTIFICATION

I hereby certify that on this date ___July 16, 2010_____

I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

__x__ Judge _____ United States District Court.

____ Attorney General, State of Arizona.

____ Comm. _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona,

____ Legal Advocate _____, Maricopa County, State of Arizona.

____ Attorney, _____

____ Probation Department, _____

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Maricopa County Sheriff's Office
Inmate Legal Services
201 S. 4th Avenue
Phoenix, AZ 85003



$ 01.56⁰
02 1R
0006558529   JUL 19 2010
MAILED FROM ZIP CODE 85003



RECEIVED

JUL 20 2010

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk, U.S. District Court
District of Arizona
Suite 130-SPC 1 U.S. Courthouse
401 W. Washington St.
Phoenix, AZ  85003